

# NUMBER 13-21-00202-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

SELEDONIO CONDE AND ALL OCCUPANTS,                    Appellants,

v.

MANUEL GUADALUPE MARROQUIN,                    Appellee.

---

### On appeal from the County Court at Law No. 5
### of Nueces County, Texas.

---

## MEMORANDUM OPINION

### Before Justices Benavides, Longoria, and Tijerina
### Memorandum Opinion by Justice Benavides

Appellant Seledonio Conde filed a notice of appeal from a summary judgment awarding appellant Manuel Guadalupe Marroquin possession of certain real property. Conde has since filed an agreed motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1.

The Court, having considered Conde's agreed motion to dismiss, is of the opinion that the appeal should be dismissed. *See id.* Accordingly, we grant the motion and dismiss

the appeal. Having dismissed the appeal at the parties' request, no motion for rehearing or reconsideration will be entertained, and our mandate will issue forthwith.

GINA M. BENAVIDES
Justice

Delivered and filed on the
23rd day of November, 2021.